# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816   2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Page 1 of 2

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 50.179.52.183 | 2/9/14 03:19:36 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 2 | 71.57.16.33 | 2/8/14 06:57:50 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Mount Prospect |
| 3 | 68.58.14.25 | 2/5/14 11:45:43 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Wheaton |
| 4 | 98.213.244.122 | 1/31/14 01:39:27 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Rockford |
| 5 | 50.172.242.84 | 1/24/14 04:08:02 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Plainfield |
| 6 | 98.253.101.94 | 1/22/14 04:43:47 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 7 | 71.57.11.93 | 1/20/14 03:14:36 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Hanover Park |
| 8 | 50.165.77.89 | 1/19/14 09:06:56 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Libertyville |
| 9 | 50.193.81.54 | 1/7/14 08:06:57 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 10 | 50.178.57.186 | 12/30/13 12:48:34 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Elk Grove Village |
| 11 | 50.148.71.235 | 12/29/13 04:12:17 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 12 | 98.215.200.215 | 12/26/13 07:44:42 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Westmont |
| 13 | 98.213.188.76 | 12/24/13 05:35:34 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Rockford |
| 14 | 71.57.22.234 | 12/22/13 06:43:47 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 15 | 98.213.132.2 | 12/22/13 12:17:30 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Rockford |
| 16 | 98.223.150.78 | 12/14/13 06:57:47 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 17 | 67.175.204.34 | 12/7/13 01:14:14 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Wheeling |
| 18 | 64.53.144.27 | 12/6/13 11:58:23 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | WideOpenWest | Illinois | Schaumburg |
| 19 | 67.163.90.27 | 12/5/13 02:53:24 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Elmhurst |
| 20 | 68.60.228.87 | 12/5/13 06:51:24 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Orland Park |
| 21 | 24.1.230.187 | 12/4/13 05:39:02 PM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 22 | 98.226.214.165 | 12/4/13 11:35:18 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Chicago |
| 23 | 50.151.117.202 | 11/25/13 03:49:13 AM | The.Company.You.Keep.2012.BRRip.XviD-AQOS | SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE | Comcast Cable | Illinois | Oak Park |